B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:
**HAYWOOD L DABNEY AND
DARSHAE L DABNEY**
　　　　　DEBTORS

CASE NO.  17-32589-KLP
CHAPTER 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI Financial Services | Statebridge Company, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices of transferee should be sent:
BSI Financial Services
1425 Greenway Drive
Suite 400
Irving, TX 75038
Phone: 1-800-327-7861
Last Four Digits of Acct #: 0734

Court Claim # (if known): 14
Amount of Claim:  $203,763.54
Date Claim Filed: July 27, 2017

Last Four Digits of Acct#: 0734

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services
314 S Franklin St. P.O. Box 517
Titusville, PA 16354
Phone: 1-800-327-7861
Last Four Digits of Acct #: 0734

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *s/ M. Christine Maggard*　　　　　　　　　　Date: October 12, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000.00 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE:<br>HAYWOOD L DABNEY AND<br>DARSHAE L DABNEY<br>          DEBTORS | CASE NO.  17-32589-KLP<br>CHAPTER 13 |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Transfer Of Claim Other Than For Security has been electronically served or mailed, postage prepaid on <u>October 12, 2020</u> to the following:

HAYWOOD L DABNEY
1612 CEDAR GROVE TER
HENRICO, VA 23228

DARSHAE L DABNEY
1612 CEDAR GROVE TER
HENRICO, VA 23228

Richard C. Pecoraro, Debtor's Attorney
1700 Huguenot Rd.
Suite B4
Midlothian, VA 23113
rich@richlawrva.com


Suzanne E. Wade, Bankruptcy Trustee
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226


                                        */s/ M. Christine Maggard*
                                        M. Christine Maggard
                                        (Bar No. 33824)
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        8757 Red Oak Blvd., Suite 150
                                        Charlotte, NC 28217
                                        Telephone:  757-213-2959 x4538
                                        Facsimile:  704-369-0760
                                        E-Mail:  christine.maggard@brockandscott.com